UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:13-CR-000231 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JASON W. HARPER | MAG. JUDGE KAREN L. HAYES |

**MEMORANDUM ORDER**

The Court has reviewed Defendant Jason W. Harper's Motion for Reconsideration [Doc. No. 59].

The Fifth Circuit has explained that a Rule 59(e) motion "calls into question the correctness of a judgment," but "is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered," or were offered, "before the entry of judgment." *Templet v. HydroChem, Inc.*, 367 F.3d 473, 478-79 (5th Cir. 2004) (citations and internal quotation marks omitted). Although Defendant disagrees with the Court's determination in this case, the Court has previously considered and rejected Defendant's arguments and finds no reason to alter or amend the Ruling and Order [Doc. Nos. 56, 57]. Accordingly,

**IT IS ORDERED** that Defendant's Motion for Reconsideration [Doc. No. 59] is **DENIED**.

MONROE, LOUISIANA, this 6th day of October, 2020.

   _____
   TERRY A. DOUGHTY
   UNITED STATES DISTRICT JUDGE