UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:13-CR-000231 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JASON W. HARPER | MAG. JUDGE KAREN L. HAYES |

MEMORANDUM ORDER

On May 5, 2021, Defendant Jason W. Harper filed his Second Motion for Compassionate Relief (the "Second Motion") [Doc. No. 62]. On June 4, 2021, the Government filed its Response [Doc. No. 66]. On June 16, 2021, the Court entered its Memorandum Order denying Defendant's Second Motion [Doc. No. 67].

On June 28, 2021, the Court received a Letter/Motion from Defendant asking for an extension of time to respond to the Court's denial of his Second Motion [Doc. No. 69]. On June 29, 2021, the Court granted Defendant an extension to July 30, 2021 [Doc. No. 70]. On July 30, 2021, Defendant filed a pleading styled "Harper's Response to Government's Opposition to CR/RIS" [Doc. No. 73], which the Court construes as a Motion for Reconsideration of the Court's June 16, 2021 Memorandum Order denying Defendant's Second Motion.

The Fifth Circuit has explained that a Rule 59(e) motion "calls into question the correctness of a judgment," but "is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered," or were offered, "before the entry of judgment." *Templet v. HydroChem, Inc.*, 367 F.3d 473, 478-79 (5th Cir. 2004) (citations and internal quotation marks omitted). Although Defendant disagrees with the Court's determination in this case, the Court has previously considered and rejected Defendant's arguments and finds no reason to alter or amend the Memorandum Order [Doc. No. 67]. As the Court noted in its

Memorandum Order, Defendant has shown a pattern of refusing to comply with supervision and rules and has even used methamphetamines while in prison. Defendant's Motion for Reconsideration does not alter the Court's opinion that, based on his criminal history, Defendant is likely to commit another crime and to pose a danger to society if he is released. Accordingly,

**IT IS ORDERED** that Defendant's Motion for Reconsideration [Doc. No. 73] is **DENIED**.

MONROE, LOUISIANA, this 17th day of November, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE